UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
SANDRA JONES,

    Plaintiff,

v.

WAL-MART STORES EAST, LP,

    Defendant.
---------------------------------------------------------------x

**ORDER**

19 CV 7791 (VB)

On October 25, 2019, the Court held an initial conference in this matter and issued a Civil Case Discovery Plan and Scheduling Order. (Doc. #8). Among other things, that Order required counsel to advise the Court by November 8, 2019, whether they consented to conducting all further proceedings before the magistrate judge.

To date, counsel has failed to comply with the Court's Order.

The Court's Order was not a suggestion. By November 21, 2019, counsel for both parties shall submit a joint letter informing the Court whether they consent to conducting all further proceedings before the magistrate judge. **Failure to comply with the Court's Order may result in dismissal of this case for failure to prosecute or comply with Court orders. See Fed. R. Civ. P. 41(b).**

Dated: November 14, 2019
   White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge