**BRODY, O'CONNOR & O'CONNOR, ESQS.**
ATTORNEYS AT LAW
7 BAYVIEW AVENUE
NORTHPORT, NEW YORK 11768

(631) 261-7778
Fax (631) 261-6411

SCOTT A. BRODY♦
THOMAS M. O'CONNOR✦
PATRICIA A. O'CONNOR
AISHA K. BROSNAN
JONATHAN F. BANKS

TANYA M. DeMAIO
MAGDALENE SKOUNTZOS✦
IAIN MCCLEOD
PATRICIA CABECHE
THOMAS S. REILLY
ADAM FRANK
JOHN R. PETROWSKI
MICHAEL FEINER
NISHI RAJAN
ARTUR POGORZELSKI

♦ Also Admitted to Florida Bar
✦ Also Admitted to Connecticut Bar
† Also Admitted to New Jersey Bar

New York Office:

535 Eighth Avenue
Suite 1401
New York, New York 10018
(212) 233-2505
(212) 233-2506 - Fax

OF COUNSEL
CRAIG J. TORTORA
ROBERT C. POLIZZO, JR.

November 20, 2019

Honorable Vincent L. Briccetti
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

RE:   JONES v. WAL-MART STORES EAST, LP
      Docket No.: 19CV7791
      Our File No.: WM 19-295 TO

Honorable Sir:

Pursuant to your honors Order dated November 14, 2019, this joint letter will serve to advise that the parties do not consent to a magistrate for all purposes.

Respectfully submitted,

BRODY, O'CONNOR & O'CONNOR, ESQS.

By: Thomas M. O'Connor